```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 24083
  THELMA PATRICIA DAVIS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
  SSN XXX-XX-6931

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/25/2004 and was confirmed 08/25/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  22.89% from remaining funds.

     The case was paid in full 08/22/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
GMAC MORTGAGE CORP         CURRENT MORTG         .00             .00           .00
AMERICAN EXPRESS TRAVEL    UNSECURED         16381.98            .00       3749.51
AMERICAN EXPRESS TRAVEL    UNSECURED           375.95            .00         86.05
AMERICAN EXPRESS TRAVEL    UNSECURED          8983.20            .00       2056.07
ASSOCIATES NATIONAL BANK   UNSECURED        NOT FILED            .00           .00
BLOOMINGDALES              UNSECURED        NOT FILED            .00           .00
RESURGENT ACQUISITION LL   UNSECURED          2076.98            .00        475.38
CAPITAL ONE BANK           UNSECURED          2330.00            .00        533.29
CAPITAL ONE BANK           UNSECURED          1987.19            .00        454.83
CAPITAL ONE BANK           UNSECURED          1047.07            .00        239.65
CARSON PIRIE SCOTT         UNSECURED          3882.65            .00        888.66
CHASE BANK/MASTERCARD      UNSECURED        NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          3314.11            .00        758.53
CREDIT FIRST               UNSECURED           480.00            .00        109.86
ECAST SETTLEMENT CORP      UNSECURED           652.79            .00        149.41
CROSSING POINTE            UNSECURED        NOT FILED            .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          6217.61            .00       1423.09
DMMGMT/HSB                 UNSECURED        NOT FILED            .00           .00
FIRST CARD                 UNSECURED        NOT FILED            .00           .00
ECAST SETTLEMENT CORP      UNSECURED           693.02            .00        158.62
J JILL                     UNSECURED        NOT FILED            .00           .00
ASSET ACCEPTANCE CORP      UNSECURED          2089.06            .00        478.14
LORD & TAYLOR              UNSECURED           287.85            .00         65.88
MBNA AMERICA BANK          UNSECURED        NOT FILED            .00           .00
SAME DAY SURGERY           UNSECURED        NOT FILED            .00           .00
SAME DAY SURGERY           NOTICE ONLY     NOT FILED            .00           .00
NORDSTROM FSB              UNSECURED          1330.85            .00        304.60
PIER 1 IMPORTS             UNSECURED           811.32            .00        185.69
Q CARD                     UNSECURED        NOT FILED            .00           .00
RETAILERS NATIONAL BANK    UNSECURED          2233.87            .00        511.29
WORLD FINANCIAL NETWORK    UNSECURED           290.46            .00         66.48
SAMS CLUB CREDIT           UNSECURED        NOT FILED            .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 24083 THELMA PATRICIA DAVIS
```

```
RESURGENT ACQUISITION LL  UNSECURED       3295.88            .00       754.36
SPIEGEL                   UNSECURED    NOT FILED             .00          .00
ST JAMES HOSPITAL & HEAL  UNSECURED    NOT FILED             .00          .00
TALBOTS                   UNSECURED       1730.07            .00       395.98
WORLD FINANCIAL NETWORK   UNSECURED    NOT FILED             .00          .00
GMAC MORTGAGE CORP        SECURED NOT I   675.96             .00          .00
CAPITAL ONE BANK          UNSECURED OTH   543.44             .00       124.63
CHASE MANHATTAN           UNSECURED    NOT FILED             .00          .00
TARGET RETAILERS NATIONA  UNSECURED    NOT FILED             .00          .00
MELVIN J KAPLAN           DEBTOR ATTY    2,700.00                     2,700.00
TOM VAUGHN                TRUSTEE                                       934.00
DEBTOR REFUND             REFUND                                          6.00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  17,610.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                     13,970.00
ADMINISTRATIVE                                 2,700.00
TRUSTEE COMPENSATION                             934.00
DEBTOR REFUND                                      6.00
                         ---------------    ---------------
TOTALS                   17,610.00            17,610.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 11/29/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE